| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF TEXAS | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Armada Water Assets, Inc.** | | |
|---|---|---|---|---|
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **Armada Working Water** | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-1255999** | | |
| 4. | Debtor's address | **Principal place of business** <br><br> **2425 Fountain View Drive Ste 300** <br> **Houston, TX 77057-4857** <br> Number, Street, City, State & ZIP Code <br><br> **Harris** <br> County | | **Mailing address, if different from principal place of business** <br><br> **P O Box 37416** <br> **Houston, TX 77237** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | | |

Debtor **Armada Water Assets, Inc.** Case number (*if known*) _____
　　　　Name

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Armada Water Assets, Inc.**   Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ■ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Armada Water Assets, Inc.**                              Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 20, 2016**
              MM / DD / YYYY

X _____           **Tom Breen**
Signature of authorized representative of debtor    Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

X _____           Date  **May 20, 2016**
Signature of attorney for debtor                  MM / DD / YYYY

**Hugh M. Ray, III**
Printed name

**McKool Smith PC**
Firm name

**600 Travis Suite 7000**
**Houston, TX 77002-3018**
Number, Street, City, State & ZIP Code

Contact phone   **713-485-7300**        Email address

**24004246**
Bar number and State

Debtor **Armada Water Assets, Inc.**         Case number (*if known*)
      Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF TEXAS

Case number (*if known*) _____    Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Barstow Production Water Solutions, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |
| Debtor | **Devonian Acquisition Corporation** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |
| Debtor | **Harley Dome 1, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |
| Debtor | **ORL Equipment LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |
| Debtor | **Summit Energy Services, Inc.** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |
| Debtor | **Summit Holdings, Inc.** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |
| Debtor | **Wes-Tex Vacuum Service, Inc.** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |
| Debtor | **Western Slope Acquisition Corporation** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |

## UNANIMOUS CONSENT OF THE BOARD OF DIRECTORS OF ARMADA WATER ASSETS, INC.

**May 12, 2016**

The undersigned hereby certifies (i) that he is a duly elected and serving Officer of Armada Water Assets, Inc., a Nevada corporation (the "Corporation"), (ii) that the following resolutions were adopted by the Board of Directors of the Corporation (the "Board") by unanimous consent at a meeting duly called and held at 10:00 A.M. central time on Thursday, May 12, 2016 at the offices of McKool Smith, P.C. 600 Travis Street, Suite 7000, Houston, Texas 77002, at which all members of the Board were present in person or by conference telephone and participated in person, and (iii) that such resolutions have not been modified, amended or rescinded and remain in full force and effect on the date hereof and these resolutions have been adopted by the unanimous consent of the board:

WHEREAS, Summit Holdings, Inc., Summit Energy Services, Inc., Barstow Production Water Solutions, LLC, Devonian Acquisition Corp., ORL Equipment LLC, Wes-Tex Vacuum Service, Inc., Western Slope Corp., and Harley Dome I, LLC, are wholly-owned subsidiaries of the Corporation (collectively, the "Subsidiaries"); and

WHEREAS, as a result of the downturn in the energy industry and in oil and gas prices, the Corporation and the Subsidiaries previously laid off employees, reduced to a core group of personnel, and began to focus on preserving long-term value; and

WHEREAS, the Board has reviewed and considered the materials presented by the Corporation's management and the Corporation's financial and legal advisors regarding the liabilities and liquidity of the Corporation, the alternatives available to it, and the impact of the foregoing on the Corporation's business; and

WHEREAS, the Board has had the opportunity to consult with the Corporation's management and the Corporation's financial and legal advisors and fully consider each of the alternatives available to the Corporation.

NOW, THEREFORE, BE IT

RESOLVED that the Board establishes the officer position "Chief Restructuring Officer," ("CRO") which officer will have all the powers that the Board may lawfully delegate to any officer of the Corporation or Subsidiary and who must have signatory authority over all accounts of the Corporation and its Subsidiaries. The Board further appoints Tom Breen to the office of CRO of the Corporation and each of the Subsidiaries until such time as he is removed from such office by a resolution of the Board or as otherwise provided in the Bylaws of the Corporation and; and it is further

RESOLVED that the CRO be, and hereby is, authorized to communicate with lenders on behalf of the Board and execute (or direct others to do so on behalf of the Corporation and the Subsidiaries as provided herein) all necessary documents to accomplish his duties, including, without limitation, documents to borrow money, sell assets, hire or fire employees, and limit the ability of others to do so. For the avoidance of doubt, the Board recognizes that it may be necessary for the Corporation and Subsidiaries to provide releases to lenders in exchange for

financing, and the Board explicitly authorizes the CRO to provide such releases to the extent necessary; and it is further

**RESOLVED:** That the Company and each Subsidiary shall be, and hereby is, authorized and directed to: (a) file a voluntary petition (the "Petition") for relief under chapter 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect the foregoing, and it is further

**RESOLVED:** That the CRO shall be, and hereby is, authorized and empowered on behalf of and in the name of the Company and each Subsidiary to: (a) execute and verify the Petition, as well as all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modification to the Petition or ancillary documents as the CRO, in his discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by the CRO); (b) execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, reports, and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as the CRO may approve, and it is further

**RESOLVED:** That (a) the Company and each Subsidiary shall be and is authorized to enter into, deliver, and perform, and CRO is hereby authorized to execute and deliver, any borrowing or Debtor-in-Possession Loan (the "DIP Loan") with a suitable lender that will enable the Company to borrow funds necessary to operate in Chapter 11, subject to Bankruptcy Court approval and (b) the Board approves in all respects the transactions contemplated thereby provided that the Chief Restructuring Officer, in the exercise of his independent business judgment, deems the terms and provisions of the DIP Loan to be in the best interests of the Company, Subsidiaries and each of their creditors, and it is further

**RESOLVED:** That the CRO shall be, and hereby is, authorized and empowered to retain, on behalf of the Company and each Subsidiary the law firm of McKool Smith, P.C., as bankruptcy counsel to the Company and each Subsidiary and such additional professionals, including attorneys, accountants, consultants, or brokers, in each case as in the CRO's judgment may be necessary or desirable in connection with the Company's and/or Subsidiary's chapter 11 case and other related matters, on such terms as the CRO shall approve. The Board recognizes and affirms that McKool Smith, P.C. has limited its representation to matters not adverse to Hii Technologies and its subsidiaries and that in the event the Company or Subsidiaries are adverse a separate counsel will be engaged for that purpose, and it is further

**RESOLVED** that CRO be and hereby is indemnified from any liability arising from any and all claims, costs, demands, which may result from any act or failure to act with regard to the

IF "" = "1" "Error! Unknown document property name.

Corporation or the Subsidiaries arising out of the present or future association of the CRO with the Corporation, its creditors or stockholders, except where such act or failure to act is a result of gross negligence or willful misconduct; and it is further

**RESOLVED** that the CRO is authorized (but not required) to sell any or all assets by Summit Holdings, Inc. or Summit Energy Services, Inc. on such terms as he may negotiate, and it is further

**RESOLVED** that the CRO is authorized (but not required) to sell contract rights relating to the harvesting and sale of water related to UB Water owned by a Subsidiary on such additional terms as he may negotiate, and it is further

**RESOLVED** that all authorized acts, transactions, or agreements undertaken prior to the adoption of these resolutions by any officer of the Corporation on behalf of the Corporation or the Subsidiaries in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed, and adopted as the acts of the Corporation; and it is further

**RESOLVED** that the CRO officer be, and hereby is, authorized, empowered and directed to certify and attest to any documents or materials which he deems necessary, desirable or appropriate, without the necessity of the signature or attestation of any other officer or the affixing of any seal of the Corporation, and it is further

**RESOLVED:** That in addition to the specific authorizations heretofore conferred upon the CRO, the CRO is hereby authorized, directed, and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, consents, including the appropriate consents or resolutions for each of its wholly-owned subsidiaries; and other documents, and to pay all expenses, including filing fees in each case as in such officer's or officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein, and it is further

IN WITNESS WHEREOF, the undersigned Officer of the Corporation has executed this Certificate the 12th day of May, 2016 attesting to the unanimous consent of the entire Board.

_[signature]_
~~Chairman of the Board~~ DIRECTOR
Armada Water Assets, Inc.

## CERTIFICATE OF CORPORATE RESOLUTION
## OF SUMMIT HOLDINGS, INC.

A Colorado Corporation

The undersigned hereby certifies (i) that he is a duly elected and serving Officer of Summit Holdings, Inc., a Colorado corporation (the "Corporation"), (ii) that the foregoing resolutions of Armada Water Assets, Inc. of May 12, 2016, herein adopted by reference, were adopted by the Board of Directors of the Corporation (the "Board") by unanimous consent at a meeting duly called and held at 10:00 A.M. central time on Thursday, May 12, 2016 at the offices of McKool Smith, P.C. 600 Travis Street, Suite 7000, Houston, Texas 77002, at which all members of the Board were present in person or by conference telephone and participated in person, and (iii) that such resolutions have not been modified, amended or rescinded and remain in full force and effect on the date hereof and these resolutions have been adopted by the unanimous consent of the board.

SUMMIT HOLDINGS, INC.

Dated: 5|13 , 2016

By: _____
Name: Mitch Burrough
Title: CEO of Armada

# CERTIFICATE OF CORPORATE RESOLUTION
# OF SUMMIT ENERGY SERVICES, INC.

### A Colorado Corporation

The undersigned hereby certifies (i) that he is a duly elected and serving Officer of Summit Energy Services, Inc., a Colorado corporation (the "Corporation"), (ii) that the foregoing resolutions of Armada Water Assets, Inc. of May 12, 2016, herein adopted by reference, were adopted by the Board of Directors of the Corporation (the "Board") by unanimous consent at a meeting duly called and held at 10:00 A.M. central time on Thursday, May 12, 2016 at the offices of McKool Smith, P.C. 600 Travis Street, Suite 7000, Houston, Texas 77002, at which all members of the Board were present in person or by conference telephone and participated in person, and (iii) that such resolutions have not been modified, amended or rescinded and remain in full force and effect on the date hereof and these resolutions have been adopted by the unanimous consent of the board.

SUMMIT ENERGY SERVICES, INC.

Dated: 5|12, 2016

By: _____
Name: Mitch Burroughs
Title: CEO OF ARMADA

## CERTIFICATE OF COMPANY RESOLUTION
## OF BARSTOW PRODUCTION WATER SOLUTIONS, LLC

A Texas Limited Liability Company

The undersigned hereby certifies that he is a Manager of Barstow Production Water Solutions, LLC, a Texas Limited Liability Company (the "Company"), that the foregoing resolutions of Armada Water Assets, Inc. of May 12, 2016, herein adopted by reference, were adopted by the Managers of the Company by unanimous consent, and consented to by the Members holding among them at least a majority of all Sharing Ratios, at a meeting duly called and held at 10:00 A.M. central time on Thursday, May 12, 2016 at the offices of McKool Smith, P.C. 600 Travis Street, Suite 7000, Houston, Texas 77002, at which all members of the Board were present in person or by conference telephone and participated in person, and that such resolutions have not been modified, amended or rescinded and remain in full force and effect on the date hereof and these resolutions have been adopted by the unanimous consent of the board.

BARSTOW PRODUCTION WATER
SOLUTIONS, LLC

Dated: 5/13, 2016

By: [signature]
Name: MITCH BURROUGHS
Title: CEO OF ARMADA

## CERTIFICATE OF CORPORATE RESOLUTION
## OF DEVONIAN ACQUISITION CORPORATION

A Nevada Corporation

The undersigned hereby certifies (i) that he is a duly elected and serving Officer of Devonian Acquisition Corporation, a Nevada corporation (the "Corporation"), (ii) that the foregoing resolution of Armada Water Assets, Inc. of May 12, 2016s, herein adopted by reference, were adopted by the Board of Directors of the Corporation (the "Board") by unanimous consent at a meeting duly called and held at 10:00 A.M. central time on Thursday, May 12, 2016 at the offices of McKool Smith, P.C. 600 Travis Street, Suite 7000, Houston, Texas 77002, at which all members of the Board were present in person or by conference telephone and participated in person, and (iii) that such resolutions have not been modified, amended or rescinded and remain in full force and effect on the date hereof and these resolutions have been adopted by the unanimous consent of the board.

DEVONIAN ACQUISITION CORPORATION

Dated: 5/13, 2016

By: [signature]
Name: Mitch Burroughs
Title: CEO of Armada

## CERTIFICATE OF CORPORATE RESOLUTION
## OF WESTERN SLOPE ACQUISITION CORPORATION

A Nevada Corporation

The undersigned hereby certifies (i) that he is a duly elected and serving Officer of Western Slope Acquisition Corporation, a Nevada corporation (the "Corporation"), (ii) that the foregoing resolutions of Armada Water Assets, Inc. of May 12, 2016, herein adopted by reference, were adopted by the Board of Directors of the Corporation (the "Board") by unanimous consent at a meeting duly called and held at 10:00 A.M. central time on Thursday, May 12, 2016 at the offices of McKool Smith, P.C. 600 Travis Street, Suite 7000, Houston, Texas 77002, at which all members of the Board were present in person or by conference telephone and participated in person, and (iii) that such resolutions have not been modified, amended or rescinded and remain in full force and effect on the date hereof and these resolutions have been adopted by the unanimous consent of the board.

WESTERN SLOPE ACQUISITION
CORPORATION

Dated: 5/13, 2016

By: [signature]
Name: Mitch Burroughs
Title: CEO of ARMADA

## CERTIFICATE OF COMPANY RESOLUTION
## OF ORL EQUIPMENT LLC

A Texas Limited Liability Company

The undersigned hereby certifies that he is a Manager of ORL Equipment LLC, a Texas Limited Liability Company (the "Company"), that the foregoing resolutions of Armada Water Assets, Inc. of May 12, 2016, herein adopted by reference, were adopted by the Managers of the Company by unanimous consent, and consented to by the Members holding among them at least a majority of all Sharing Ratios, at a meeting duly called and held at 10:00 A.M. central time on Thursday, May 12, 2016 at the offices of McKool Smith, P.C. 600 Travis Street, Suite 7000, Houston, Texas 77002, at which all members of the Board were present in person or by conference telephone and participated in person, and that such resolutions have not been modified, amended or rescinded and remain in full force and effect on the date hereof and these resolutions have been adopted by the unanimous consent of the board.

ORL EQUIPMENT LLC

Dated: 5|13, 2016

By: [signature]
Name: Mitch Burroughs
Title: CEO of ARMADA

IF "" = "1" "Error! Unknown document property name.

## CERTIFICATE OF COMPANY RESOLUTION
## OF HARLEY DOME I, LLC

A Utah Limited Liability Company

The undersigned hereby certifies that he is a Manager of Harley Dome 1, LLC, a Utah Limited Liability Company (the "Company"), that the foregoing resolutions, herein adopted by reference, were adopted by the Managers of the Company by unanimous consent, and consented to by the Members holding among them at least a majority of all Sharing Ratios, at a meeting duly called and held at 10:00 A.M. central time on Thursday, May 12, 2016 at the offices of McKool Smith, P.C. 600 Travis Street, Suite 7000, Houston, Texas 77002, at which all members of the Board were present in person or by conference telephone and participated in person, and that such resolutions have not been modified, amended or rescinded and remain in full force and effect on the date hereof and these resolutions have been adopted by the unanimous consent of the board.

HARLEY DOME I, LLC

Dated: 5|13, 2016

By: [signature]
Name: Murth Burroughs
Title: CEO of ARMADA

IF "" = "1" "Error! Unknown document property name.

## CERTIFICATE OF CORPORATE RESOLUTION
## OF WES-TEX VACUUM SERVICE, INC.

A Texas Corporation

The undersigned hereby certifies (i) that he is a duly elected and serving Officer of Wes-Tex Vacuum Service, Inc., a Texas corporation (the "Corporation"), (ii) that the foregoing resolutions of Armada Water Assets, Inc. of May 12, 2016, herein adopted by reference, were adopted by the Board of Directors of the Corporation (the "Board") by unanimous consent at a meeting duly called and held at 10:00 A.M. central time on Thursday, May 12, 2016 at the offices of McKool Smith, P.C. 600 Travis Street, Suite 7000, Houston, Texas 77002, at which all members of the Board were present in person or by conference telephone and participated in person, and (iii) that such resolutions have not been modified, amended or rescinded and remain in full force and effect on the date hereof and these resolutions have been adopted by the unanimous consent of the board.

WES-TEX VACUUM SERVICE, INC.

Dated: 5|13 , 2016

By: /s/ MB
Name: Mitch Burroughs
Title: CEO of ARMADA