**Fill in this information to identify the case:**

Debtor name **Armada Water Assets, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Miller III, William F 2216 Sunset Houston, TX 77005** | | **Notes** | | | | **$1,560,583.00** |
| **Haralson, Jay 1220 La Mesa Lane Fruita, CO 81521** | | **Notes** | | | | **$1,493,244.00** |
| **Richardson, Ronald J 680 Independence Valley Dr Grand Junction, CO 81507** | | **Notes** | | | | **$964,065.00** |
| **Huerta, Arnold 1104 Terlingua Odessa, TX 79761** | | **Noteholder** | | | | **$294,150.00** |
| **Hannahs, Gerald 17710 Leatha Lane Little Rock, AR 72223** | | **Noteholder** | | | | **$268,444.00** |
| **RMS Advisors, Inc. 610 Sentry Park Blue Bell, PA 19422** | | **Noteholder** | | | | **$155,883.00** |
| **Capital Growth Investment Trust 610 Sentry Park Blue Bell, PA 19422** | | **Noteholder** | | | | **$142,088.00** |
| **SPH Investments, Inc. 630 W Germantown Pike Ste 180 Plymouth Meeting, PA 19462** | | **Notes** | | | | **$131,500.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Armada Water Assets, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jeffery Schoenbaum Revocable Trust U/A 3/4/96 2877 Cobblestone Drive Palm Harbor, FL 34684 | | Convertible Noteholder | | | | $115,144.00 |
| McCarter & English P O Box 652 Newark, NJ 07102 | | Legal fees | | | | $94,763.02 |
| Texas State Comptroller Comptroller of Public Accounts P O Box 149348 Austin, TX 78714-9348 | | Tax | | | | $94,000.00 |
| Salib Holdings, LLC 600 W Germantown Pike Plymouth Meeting, PA 19462 | | Noteholder | | | | $84,356.00 |
| NE Investors, LLC 600 W Germantown Pike Plymouth Meeting, PA 19462 | | Noteholder | | | | $84,108.00 |
| O'Neal, Sean 9107 Redonda Dr Boca Raton, FL 33496 | | Noteholder | | | | $83,028.00 |
| IPFS Corporation 2777 Allen Parkway #550 Houston, TX 77019 | | Noteholder | | | | $70,135.00 |
| Schreiber, Robyn 64 Shelter Lane Roslyn Heights, NY 11577 | | Convertible Noteholder | | | | $57,572.00 |
| NE Minerals, LLC 600 W Germantown Pike #400 Plymouth Meeting, PA 19462 | | Noteholder | | | | $54,306.00 |
| Lockton Companies, LLC - TX 5847 San Felipe Ste 320 Houston, TX 77057 | | Financing Agreement | | | | $50,770.50 |
| Dynamic Alpha LLC 84 Wood Lane Woodmere, NY 11598 | | Trade debt | | | | $43,840.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

Debtor   **Armada Water Assets, Inc.**       Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wiltain Investors, LLC 600 Germantown Pike Ste 400 Plymouth Meeting, PA 19462** | | **Noteholder** | | | | **$38,014.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy