UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Armada Water Assets, Inc., | § | Chapter 11 |
|     Debtor | § | Case No. 16-60056 (DRJ) |
| | § | |
| In re: | § | |
| Wes-Tex Vacuum Service, Inc., | § | Chapter 11 |
| Debtor | § | Case No. 16-60055 (DRJ) |
| | § | |
| In re: | § | |
| Summit Holdings, Inc., | § | Chapter 11 |
|     Debtor | § | Case No. 16-60057 (DRJ) |
| | § | |
| In re: | § | |
| Barstow Production Water Solutions, LLC, | § | Chapter 11 |
|     Debtor | § | Case No. 16-60058 (DRJ) |
| | § | |
| In re: | § | |
| Devonian Acquisition Corporation, | § | Chapter 11 |
|     Debtor | § | Case No. 16-60059 (DRJ) |
| | § | |
| In re: | § | |
| Western Slope Acquisition Corporation, | § | Chapter 11 |
| Debtor | § | Case No. 16-60060 (DRJ) |
| | § | |
| In re: | § | |
| Summit Energy Services, Inc., | § | Chapter 11 |
|     Debtor | § | Case No. 16-60061 (DRJ) |
| | § | |
| In re: | § | |
| ORL Equipment LLC, | § | Chapter 11 |
| Debtor | § | Case No. 16-60062 (DRJ) |
| | § | |
| In re: | § | |
| Harley Dome 1, LLC, | § | Chapter 11 |
| Debtor | § | Case No. 16-60063 (DRJ) |
| | § | |
| | § | (**Joint Administration Requested**) |

### NOTICE OF EMERGENCY HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that an emergency hearing is scheduled for **Wednesday, May 25, 2016 at 8:30 a.m.** (central time) before the **Honorable David R. Jones, 515 Rusk,**

1

**Courtroom 400, Houston, Texas 77002** to consider the pleadings listed below (together, the "First Day Motions"):

(1) Emergency Motion for Emergency Consideration of the First Day Motions

(2) Emergency Motion for Joint Administration.

(3) Emergency Motion for Postpetition Financing.

(4) Emergency Application to Employ CRO.

(5) Emergency Application to pay prepetition employee wages and benefits.

(6) Emergency Application to Establish Notice Procedures.

(7) Emergency Application to Maintain Existing Bank Accounts and Cash Management System.

(8) Emergency Application to Extend Time to file Schedules and Statement of Financial Affairs.

(9) Emergency Application to Establish Notification Procedures and Enjoin Trading of Debtor's Shares.

**The Court will appear telephonically**, but any person is welcome to appear either 1) in person or 2) telephonically by following the Court's procedures for telephonic appearance found on the website http://www.txs.uscourts.gov/sites/txs/files/DRJ_Court_Procedures_0.pdf

Dated: May 23, 2016.

                                                **MCKOOL SMITH, P.C.**

                                           By:  */s/ Hugh M. Ray, III*
                                                  Hugh M. Ray, III
                                                  State Bar No. 24004246
                                                  State Bar No. 24098033
                                                  600 Travis, Suite 7000
                                                  Houston, Texas 77002
                                                  Tel: 713-485-7300
                                                  Fax: 713-485-7344

                                              *Proposed Counsel for the Debtors and Debtors-in-Possession*