

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

ENTERED
05/24/2016

| | | |
|---|---|---|
| In re: | § | |
| Armada Water Assets, Inc., | § | Chapter 11 |
|     Debtor | § | Case No. 16-60056 (DRJ) |
| | § | |
| In re: | § | |
| Wes-Tex Vacuum Service, Inc., | § | Chapter 11 |
| Debtor | § | Case No. 16-60055 (DRJ) |
| | § | |
| In re: | § | |
| Summit Holdings, Inc., | § | Chapter 11 |
|     Debtor | § | Case No. 16-60057 (DRJ) |
| | § | |
| In re: | § | |
| Barstow Production Water Solutions, LLC, | § | Chapter 11 |
|     Debtor | § | Case No. 16-60058 (DRJ) |
| | § | |
| In re: | § | |
| Devonian Acquisition Corporation, | § | Chapter 11 |
|     Debtor | § | Case No. 16-60059 (DRJ) |
| | § | |
| In re: | § | |
| Western Slope Acquisition Corporation, | § | Chapter 11 |
| Debtor | § | Case No. 16-60060 (DRJ) |
| | § | |
| In re: | § | |
| Summit Energy Services, Inc., | § | Chapter 11 |
|     Debtor | § | Case No. 16-60061 (DRJ) |
| | § | |
| In re: | § | |
| ORL Equipment LLC, | § | Chapter 11 |
| Debtor | § | Case No. 16-60062 (DRJ) |
| | § | |
| In re: | § | |
| Harley Dome 1, LLC, | § | Chapter 11 |
| Debtor | § | Case No. 16-60063 (DRJ) |
| | § | |
| | § | (**Joint Administration Requested**) |

## <u>ORDER FOR JOINT ADMINISTRATION OF CASES</u>

(Docket No. 3)

1

On the motion for joint administration of these cases under Bankruptcy Rule 1015, the Court orders that the above-referenced cases are jointly administered. Additionally, the following checked items are ordered:

1. ____X____ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

2. ____X____ To the extent applicable, Case Nos. 16-6055 through 16-60063 shall be transferred to Judge David R. Jones, who has the lower numbered case.

3. ____X____ Parties may request joint hearings on matters pending in any of the jointly administered cases.

4. ____X____ Other: See below.

It is further

ORDERED that the Motion is GRANTED; and it is further

ORDERED that capitalized terms not defined herein shall have the meaning given to them in the Motion; and it is further

ORDERED that the above captioned cases are consolidated for procedural purposes only and shall be jointly administered under the case number assigned to Armada Water Assets, Inc., Case No. 16-60056; and it is further

ORDERED that the caption of the cases shall read as follows:

McKool 1182905v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **ARMADA WATER ASSETS, INC.,** *et al.*[1] | § | **16-60056 (DRJ)** |
| Debtors | § | **(Jointly Administered)** |

And it is further

ORDERED that all original pleadings shall be captioned as provided in the preceding paragraph, and all original docket entries shall be made in the case of Armada Water Assets, Inc.; and it is further

ORDERED that a docket entry shall be made in the other Debtors' chapter 11 cases substantially as follows:

An order has been entered in this case directing joint administration of this case solely for procedural purposes with the chapter 11 bankruptcy case of Armada Water Assets, Inc., Case No. 16-60056 (DRJ).  The docket for Armada Water Assets, Inc. should be consulted for all matters affecting this case.

ORDERED that The Office of the United States Trustee shall conduct joint informal meetings with Debtors, if one is required, and a joint first meeting of creditors, if one is required; and it is further

ORDERED that each of the Debtors shall file separate Schedules of Assets and Liabilities, Statements of Financial Affairs and, as applicable, Lists of Equity Security Holders; and it is further

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: (i) Armada Water Assets, Inc. (5999); (ii) Wes-Tex Vacuum Service, Inc. (2375); (iii) Summit Holdings, Inc. (3453); (iv) Barstow Production Water Solutions, LLC (0299); (v) Devonian Acquisition Corporation (1431); (vi) Western Slope Acquisition Corporation (7624); (vii) Summit Energy Services, Inc. (3453); (viii) ORL Equipment LLC (3242); and (ix) Harley Dome 1, LLC (2293).

McKool 1182905v1

ORDERED that proofs of claim filed by creditors of any Debtor shall reflect the caption and case number of the Debtor to which the claim relates and in whose case such claim is to be filed; and it is further

ORDERED that separate claims registers shall be maintained for each Debtor; and it is further

ORDERED that the Debtors shall be authorized to file the monthly operating reports required by the United States Trustee on a consolidated basis in a format acceptable to the United States Trustee; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.


**Signed:  May 24, 2016.**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE