**Fill in this information to identify the case:**

Debtor name  **Armada Water Assets, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **16-60056**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................  $               **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................  $        **22,115,364.41**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................  $        **22,115,364.41**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $         **5,295,888.48**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $          **332,078.49**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$       **13,924,420.56**

4.   **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b                                                                                    $      **19,552,387.53**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Armada Water Assets, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **16-60056**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Texas Gulf Bank** | **Checking** | 6358 | **$11,294.94** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**     | **$11,294.94** |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| 8.1. **Prepaid insurance - D&O** | **$12,234.97** |
|---|---|
| 8.2. **Trout escrow** | **$50,000.00** |

| Debtor | **Armada Water Assets, Inc.** | Case number *(If known)* **16-60056** |
|---|---|---|
| | Name | |

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

$62,234.97

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Investments**

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.
   ■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1. | **Equity Membership - Devonian Acquisition Corp.** | **100** % | $10,767,667.00 |
| 15.2. | **Equity Member - Barstow Production Waater Solutions, LLC** | **100** % | $1,320,000.00 |
| 15.3. | **Equity Member - Summit Holdings, Inc.** | **100** % | $5,500,000.50 |
| 15.4. | **Equity Member - Western Slope Acquisition Corp.** | **100** % | $4,454,167.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
   Describe:

17. **Total of Part 4.**
   Add lines 14 through 16.  Copy the total to line 83.

$22,041,834.50

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **Armada Water Assets, Inc.**                                    Case number *(if known)*  **16-60056**
         <small>Name</small>

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** <br> **US PTO Application No. 62/290,694, filinge date - 02/03/2016 - Continuous Process Mobile Water Treatment Station** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites** <br> **Website development** | **$156,023.55** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** <br> **I/C ORL Equipment, LLC** | **$35,294.00** | | **Unknown** |
| | **I/C Western Slope Acquisition** | **$1,480,785.49** | | **Unknown** |
| | **I/C Harley Dome I, LLC** | **$11,767,395.80** | | **Unknown** |
| | **I/C Barstow Production Water Solutions, LLC** | **$220,406.82** | | **Unknown** |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor **Armada Water Assets, Inc.**                     Case number *(If known)* **16-60056**
Name

| | | | |
|---|---|---|---|
| **I/C Summit Holdings** | $72,173.52 | | Unknown |
| **I/C Wes-Tex Vacuum Service, Inc.** | $2,212,190.63 | | Unknown |
| **I/C Summit Energy** | $901,866.44 | | Unknown |

65.     **Goodwill**

66.     **Total of Part 10.**                                                                   $0.00
        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                **Current value of debtor's interest**

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**
        **D&O Liability, Employment Practices Liability and Fiduciary Liability - $5,000,000 Combined aggregate limit of liability - July 22, 2015 to July 22, 2016**                                    Unknown

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                          page 4

Debtor     **Armada Water Assets, Inc.**
Name

Case number *(If known)*  **16-60056**

| | |
|---|---|
| 78. | **Total of Part 11.** |
| | Add lines 71 through 77. Copy the total to line 90. |

|  |
|---:|
| **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Armada Water Assets, Inc.**
Name

Case number *(If known)*  **16-60056**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,294.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $62,234.97 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $22,041,834.50 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $22,115,364.41 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $22,115,364.41 |

**Fill in this information to identify the case:**

Debtor name  **Armada Water Assets, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **16-60056**

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **D-J's Well Services, Inc.** | **Describe debtor's property that is subject to a lien** | $412,500.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Wes-Tex rolling stock** | | |

**P O Box 1130**
**Borger, TX 79008**
Creditor's mailing address

**Describe the lien**
**Securities Purchase Agreement_Convertible Term Note**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Freedom Three Oil & Gas Ltd** | **Describe debtor's property that is subject to a lien** | $412,500.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Wes-Tex rolling stock** | | |

**1615 North Main Street**
**P O Box 1130**
**Borger, TX 79007**
Creditor's mailing address

**Describe the lien**
**Securities Purchase Agreement_Convertible Term Notes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**11/12/2014**
**Last 4 digits of account number**

Debtor  **Armada Water Assets, Inc.**
_____
Name

Case number (if know)   **16-60056**
_____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Hannahs, Gerald** | **Describe debtor's property that is subject to a lien** | **$274,000.00** | **Unknown** |

Creditor's Name

**Harley Dome UT - plant & equipment**

**17710 Leatha Lane
Little Rock, AR 72223**

Creditor's mailing address

**Describe the lien**
**Promissory Note**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**May 7, 2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Harrington Global Opportunities Fund** | **Describe debtor's property that is subject to a lien** | **$2,091,000.00** | **Unknown** |

Creditor's Name

**Harley Dome UT - plant & equipment**

**Clarendon House
2 Church Street
Hamilton 11
BERMUDA**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.5 | **NE Investors, LLC** | **Describe debtor's property that is subject to a lien** | **$86,131.00** | **Unknown** |

Creditor's Name

**Harley Dome UT - plant & equipment**

**600 W Germantown Pike
Plymouth Meeting, PA
19462**

Creditor's mailing address

**Describe the lien**
**Promissory Note**

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 2 of 6

Debtor  **Armada Water Assets, Inc.**
_____
Name

Case number (if know)   **16-60056**
_____

_____
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **NE Minerals, LLC** | Describe debtor's property that is subject to a lien | $55,569.00 | Unknown |

Creditor's Name

**600 W Germantown Pike #400**
**Plymouth Meeting, PA 19462**
Creditor's mailing address

**Barstow TX - plant & equipment**

**Describe the lien**
**Promissory Note**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **RMS Advisors, Inc.** | Describe debtor's property that is subject to a lien | $159,573.00 | Unknown |

Creditor's Name

**610 Sentry Park**
**Blue Bell, PA 19422**
Creditor's mailing address

**Harley Dome UT - plant & equipment**

**Describe the lien**
**Promissory Note**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Armada Water Assets, Inc.** | Case number (if know) | **16-60056** |
|---|---|---|---|

---

| 2.8 | **Salib Holdings, LLC** | Describe debtor's property that is subject to a lien | $86,738.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**610 Sentry Parkway Ste
130
Blue Bell, PA 19422**

**Harley Dome UT - plant & equipment**

Creditor's mailing address

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **SNW JB Properties** | Describe debtor's property that is subject to a lien | $825,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1615 North Main
P O Box 1130
Borger, TX 79008**

**Wes_Tex rolling stock**

Creditor's mailing address

**Describe the lien**

**Securities Purchase Agreement_Convertible
Term Note**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **SPH Investments Profit Sharing Plan** | Describe debtor's property that is subject to a lien | $81,104.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**FBO Stephen P Harrington
600 W Germantown Pike
Ste 400
Plymouth Meeting, PA
19462**

**Harley Dome UT - plant & equipment**

Creditor's mailing address

**Describe the lien**

**Promissory Note**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Armada Water Assets, Inc.** | Case number (if know) | **16-60056** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **US Premium Finance** | Describe debtor's property that is subject to a lien | $4,662.48 | Unknown |
|---|---|---|---|---|

Creditor's Name

**3169 Holcomb Bridge Rd #150
Norcross, GA 30071**

Creditor's mailing address

**D&O Liability, Employment Practices Liability and Fiduciary Liability - $5,000,000 Combined aggregate limit of liability - July 22, 2015 to July 22, 2016**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Westminster Finance** | Describe debtor's property that is subject to a lien | $807,111.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**9665 Wilshire Blvd Ste M-10
Beverly Hills, CA 90212**

Creditor's mailing address

**Barstow property and equipment**

**Describe the lien**
**Promissory Note**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$5,295,888.4** |

| Debtor | **Armada Water Assets, Inc.** | Case number (if know) | **16-60056** |
|---|---|---|---|

Name

|  | **8** |
|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **D-J's Well Services, Inc.**<br>**P O Box 1130**<br>**Borger, TX 79008** | Line **2.2** | |
| **D-J's Well Services, Inc.**<br>**P O Box 1130**<br>**Borger, TX 79008** | Line **2.9** | |
| **Freedom Three Oil & Gas Ltd**<br>**1615 North Main Street**<br>**P O Box 1130**<br>**Borger, TX 79007** | Line **2.9** | |
| **Freedom Three Oil & Gas Ltd**<br>**1615 North Main Street**<br>**P O Box 1130**<br>**Borger, TX 79007** | Line **2.1** | |
| **SNW JB Properties**<br>**1615 North Main**<br>**P O Box 1130**<br>**Borger, TX 79008** | Line **2.2** | |
| **SNW JB Properties**<br>**1615 North Main**<br>**P O Box 1130**<br>**Borger, TX 79008** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name   **Armada Water Assets, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **16-60056**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45,449.85** | **$12,850.00** |
|---|---|---|---|---|
| | **Ahmad, Sami**<br>**1 Dunnam Lane**<br>**Houston, TX 77024** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,160.00** | **$2,160.00** |
|---|---|---|---|---|
| | **Baer, Scott**<br>**567 Peachwood Dr**<br>**Grand Junction, CO 81504** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | **Armada Water Assets, Inc.** | Case number (if known) | **16-60056** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Bennett, Ryan**<br>**1050 Hobbit Street Unit A8**<br>**Fort Collins, CO 80526** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,000.01** | **$5,000.01** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Blesa, Jose**<br>**12923 Island Falls Ct**<br>**Houston, TX 77041** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,125.01** | **$12,850.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Blevins, Jana**<br>**7731 Chimney Gap**<br>**Missouri City, TX 77459** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,203.13** | **$3,203.13** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Burroughs, Mitch**<br>**5807 20th Street**<br>**Greeley, CO 80634** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$39,062.50** | **$12,850.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Intercompany transfer** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Armada Water Assets, Inc.** | Case number (if known) | **16-60056** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.80 | $30.80 |
|---|---|---|---|---|

**Cobra Help**
**1620 High Street**
**Denver, CO 80218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,178.00 | $23,178.00 |
|---|---|---|---|---|

**Colorado Dept Labor and**
**Employment**
**Division of Unemployment**
**Insurance**
**P O Box 400**
**Denver, CO 80201-0400**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/25/2016**

Basis for the claim:
**Unemployment insurance benefits**

Last 4 digits of account number **7006**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,050.00 | $12,850.00 |
|---|---|---|---|---|

**Donaldson, Zachary**
**5470 Wishing Well Drive**
**Timnath, CO 80547**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.00 | Unknown |
|---|---|---|---|---|

**EFTPS**
 **U.S. Department of the Treasury**
**Financial Services Division**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Armada Water Assets, Inc.** | Case number (if known) | **16-60056** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,925.00 | $1,925.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Ferre, Barry**
**3171 E Road**
**Grand Junction, CO 81504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,925.00**  **$1,925.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Hagin, Ryan**
**3116 East Road**
**Grand Junction, CO 81504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,720.00**  **$1,720.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Hagin, Tim**
**3116 E Road**
**Grand Junction, CO 81504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,700.00**  **$2,700.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Hinton, Barry**
**3985 Via Del Oro Drive**
**Loveland, CO 80538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$23,333.32**  **$12,850.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Armada Water Assets, Inc.** | Case number (if known) | **16-60056** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$20,000.00** | **$12,850.00** |
|---|---|---|---|---|
| | **Keenan, Edward**<br>**81310 Avenida Colonias**<br>**Indio, CA 92203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,160.00** | **$2,160.00** |
|---|---|---|---|---|
| | **Kirby, Michael**<br>**2937 Wellington Ave**<br>**Grand Junction, CO 81504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$20,000.01** | **$12,850.00** |
|---|---|---|---|---|
| | **Laurence, Oliver**<br>**1312 Newning Ave**<br>**Austin, TX 78704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,290.00** | **$1,290.00** |
|---|---|---|---|---|
| | **Litke, James**<br>**494 Harris Road #48**<br>**Grand Junction, CO 81501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Armada Water Assets, Inc.** | Case number (if known) | **16-60056** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.24 | $1,800.24 |
|---|---|---|---|---|
| | **Longoria, Alexis**<br>**9550 Ella Lee Lane #3005**<br>**Houston, TX 77063** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,700.00 | $2,700.00 |
|---|---|---|---|---|
| | **Marquez, Mike**<br>**454 Quarry Court**<br>**Grand Junction, CO 81504** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 | $7,500.00 |
|---|---|---|---|---|
| | **Nelson, Jacob**<br>**1825 Aspen Street**<br>**Grand Junction, CO 81503** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,750.02 | $12,850.00 |
|---|---|---|---|---|
| | **Porter, Fredric**<br>**215 Circle Drive**<br>**Fort Collins, CO 80524** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Armada Water Assets, Inc.**
_____
Name

Case number (if known)  **16-60056**

| | | | | |
|---|---|---|---|---|
| 2.23 | Priority creditor's name and mailing address<br>**Propper, Maarten**<br>**5327 Briawick Meadow Ln**<br>**Sugar Land, TX 77479** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$31,250.01** | **$12,850.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.24 | Priority creditor's name and mailing address<br>**Schmit, Virginia**<br>**9508 Todds Tavern Dr**<br>**Spotsylvania, VA 22551** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,625.01** | **$10,625.01** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.25 | Priority creditor's name and mailing address<br>**Texas State Comptroller**<br>**Comptroller of Public Accounts**<br>**P O Box 149348**<br>**Austin, TX 78714-9348** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$39,702.58** | **$39,702.58** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.26 | Priority creditor's name and mailing address<br>**Texas Workforce Commission**<br>**Attn: Cashier**<br>**P O Box 149037**<br>**Austin, TX 78714-9348** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,304.00** | **$1,304.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Armada Water Assets, Inc.** | Case number (if known) | **16-60056** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.00 | $396.00 |
|---|---|---|---|---|

**Utah Division of Water Quality**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**American Corporate Register
1817 Morena Blvd Ste A
San Diego, CA 92138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,442.48 |
|---|---|---|---|

**American Heritage Life Insurance Company
P O Box 650514
Dallas, TX 75265-0514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,050.00 |
|---|---|---|---|

**Best HR Resources, LLC
22136 Westheimer Pkwy #748
Katy, TX 77450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Armada Water Assets, Inc.** | Case number (if known) | 16-60056 |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$970.00** |
|---|---|---|---|
| | **Blue Water Benefit Consulting, LLC**<br>**321 14th Street NE**<br>**Naples, FL 34120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,873.53** |
|---|---|---|---|
| | **Burroughs, Mitch**<br>**5807 20th Street**<br>**Greeley, CO 80634** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Expense reimbursement** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,000.00** |
|---|---|---|---|
| | **Capital Growth Investment Trust**<br>**610 Sentry Park**<br>**Blue Bell, PA 19422** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Promissory Note** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,865.00** |
|---|---|---|---|
| | **Colorado UI Employer Services**<br>**P O Box 8789**<br>**Denver, CO 80201-8789** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,079.15** |
|---|---|---|---|
| | **Commercial IT Solutions**<br>**115 E Travis Street #1425**<br>**San Antonio, TX 78205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.80** |
|---|---|---|---|
| | **Corporation Service Company** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,389.26** |
|---|---|---|---|
| | **CTB card - Armada**<br>**9805 Katy Frwy Ste 200**<br>**Houston, TX 77024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Armada Water Assets, Inc.** | | Case number (if known) | **16-60056** |
|---|---|---|---|---|
| | Name | | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828,772.80 |
|---|---|---|---|

**Devonian Acquisition Corp.**
P O Box 37416
Houston, TX 77237

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Intercompany transfer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,216.82 |
|---|---|---|---|

**DF Ranch Partners, LP**
3811 Turtle Creek Blvd #1315
Dallas, TX 75219

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Judgment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,840.00 |
|---|---|---|---|

**Dynamic Alpha LLC**
84 Wood Lane
Woodmere, NY 11598

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.00 |
|---|---|---|---|

**Fabian VanCott**
215 South State Street #1200
Salt Lake City, UT 84111-2323

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500,000.00 |
|---|---|---|---|

**FEQ Realty, LLC**
24224 Kanis Rd
Little Rock, AR 72223

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Promissory Note, Lender CTB__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,250.00 |
|---|---|---|---|

**Find Talent Now**
2429 Bissonet Ste 106
Houston, TX 77005

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,000.00 |
|---|---|---|---|

**Flaherty Energy Advisors**
5734 Yarwell Dr
Houston, TX 77096

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Armada Water Assets, Inc.** | Case number (if known) | **16-60056** |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|

**Flexmagic Consulting**
**6450 S Quebec Ste 5-28**
**Centennial, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$265,775.77** |
|---|---|---|---|

**Fox Rothschild LLP**
**2000 Market Street 20th FL**
**Philadelphia, PA 19103-3222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Legal fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$525.00** |
|---|---|---|---|

**Gentif**
**1940 Fountainview Dr #223**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,129.99** |
|---|---|---|---|

**Guardian**
**P O Box 677458**
**Dallas, TX 75267-7458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**Hannahs, Gerald**
**17710 Leatha Lane**
**Little Rock, AR 72223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Note Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,388,588.49** |
|---|---|---|---|

**Haralson, Jay**
**544 20-1/2 Road**
**Grand Junction, CO 81507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Note Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,273,793.00** |
|---|---|---|---|

**Haralson, Jay**
**544 20-1/2 Road**
**Grand Junction, CO 81507**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Lawsuit__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Armada Water Assets, Inc.** | Case number *(if known)* | **16-60056** |
|---|---|---|---|
| | Name | | |

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Harley Dome 1, LLC**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany transfer

Is the claim subject to offset? ■ No ☐ Yes

**$14,521.50**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Harvey Schilowitz Defined Benefit Pension Plan**
**5 Riverside Drive**
**New York, NY 10023**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Convertible Noteholder

Is the claim subject to offset? ■ No ☐ Yes

**$11,514.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Hinton, Barry**
**3985 Via Del Oro Drive**
**Loveland, CO 80538**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Expense reimbursement

Is the claim subject to offset? ■ No ☐ Yes

**$562.07**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Huerta, Arnold**
**1104 Terlingua**
**Odessa, TX 79761**

Date(s) debt was incurred  December 31, 2013
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

**$265,000.00**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Intra Links**
**P O Box 392134**
**Pittsburgh, PA 15251-9134**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$200.64**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Island Capital Management LLC**
**d/b/a Island Stock Transfer**
**15500 Roosevelt Blvd Ste 301**
**Clearwater, FL 33760**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$425.00**

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Jeffery Schoenbaum Revocable Trust**
**U/A 3/4/96**
**2877 Cobblestone Drive**
**Palm Harbor, FL 34684**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Convertible Noteholder

Is the claim subject to offset? ■ No ☐ Yes

**$115,144.00**

---

| Debtor | **Armada Water Assets, Inc.** | Case number (if known) | **16-60056** |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,945.00**

**Knight Taylor Wyatt, LLC**
**689 N 3500 E**
**Ballard, UT 84066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$121.00**

**Krisbel Pinango**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Expense reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98,360.18**

**LJ Soldinger Associates**
**21925 Field Parkway Ste 240**
**Deer Park, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,750.00**

**M.D. Gibson & Associates, PC**
**5120 Woodway Suite 8002**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94,763.02**

**McCarter & English**
**P O Box 652**
**Newark, NJ 07102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115,200.00**

**Meraki Studios**
**Ostrabanvagen 40**
**182 46 Enebyberg SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400,000.00**

**Miller III, William F**
**2216 Sunset**
**Houston, TX 77005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/14, 2/9/15, 3/9/15**

Last 4 digits of account number __

Basis for the claim:  **Note Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Armada Water Assets, Inc.** | Case number (if known) | **16-60056** |
|---|---|---|---|
| | Name | | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |
|---|---|---|---|

**NE Investors, LLC**
**600 W Germantown Pike**
**Plymouth Meeting, PA 19462**

Date(s) debt was incurred **June 10, 2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**NE Minerals, LLC**
**600 W Germantown Pike #400**
**Plymouth Meeting, PA 19462**

Date(s) debt was incurred **February 24, 2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,871.95** |
|---|---|---|---|

**NewsBase LTD**
**Centrum House**
**108-114 Dundas Street**
**Edinburgh**
**SCOTLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**O'Neal, Sean**
**9107 Redonda Dr**
**Boca Raton, FL 33496**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,435.26** |
|---|---|---|---|

**Olsen Skoubye & Nielson, LLC**
**999 Murray Holladay Rd**
**Salt Lake City, UT 84117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal fees**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$168.96** |
|---|---|---|---|

**Pakis, Giotes, Page & Burleson**
**P O Box 58**
**Waco, TX 76703-0058**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal fees**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180,017.00** |
|---|---|---|---|

**Pillsbury Winthrop Shaw Pittman LLP**
**2550 Hanover Street**
**Palo Alto, CA 94304-1114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal fees**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Armada Water Assets, Inc.** | | Case number *(if known)* | **16-60056** |
| | Name | | | |

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,157.19**

**Pulsar Process Measurement**
P O Box 5177
4564 Commercial Drive
Niceville, FL 32578-5177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Judgment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00**

**Rafael Silveira Matsumura de Castro**
Via Dario Dradi 31
48123 Ravenna, ITALIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00**

**Raines Feldman LLP**
Attn: Accounts Receivable
9720 Wilshire Blvd 5th FL
Beverly Hills, CA 90212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Legal fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$910,259.95**

**Richardson, Ronald J**
680 Independence Valley Dr
Grand Junction, CO 81507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Note Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,730.95**

**Rio Bravo Oil, Inc.**
2425 Fountainview Drive
Houston, TX 77057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,244,953.00**

**RJ Taylor-Wyatt LLC**
288 N 3500 E
Ballard, UT 84066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146,000.00**

**RMS Advisors, Inc.**
610 Sentry Park
Blue Bell, PA 19422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __May 27, 2015__

**Basis for the claim:** __Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Armada Water Assets, Inc.** | Case number *(if known)* | **16-60056** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,786.00** |
|---|---|---|---|

**Rothstein, Allan**
**c/o Aptiviti**
**129 West 29th Street #90**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __**Convertible Noteholder**__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Salib Holdings, LLC**
**610 Sentry Parkway Ste 130**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**June 18, 2015**__

**Basis for the claim:** __**Promissory Note**__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160,000.00** |
|---|---|---|---|

**Schaeffer, Richard**
**1000 South Ocean Blvd Ste 603**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __**Equity**__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57,572.00** |
|---|---|---|---|

**Schreiber, Robyn**
**64 Shelter Lane**
**Roslyn Heights, NY 11577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __**Convertible Noteholder**__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$68.38** |
|---|---|---|---|

**Sparkletts**
**P O Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __**Trade debt**__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**SPH Investments, Inc.**
**630 W Germantown Pike Ste 180**
**Plymouth Meeting, PA 19462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __**Promissory Note**__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,495.00** |
|---|---|---|---|

**Strategic Business Communications**
**1979 Marcus Ave Ste 210**
**Lake Success, NY 11042-1022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __**Trade debt**__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Armada Water Assets, Inc.** | Case number (if known) | **16-60056** |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155,627.34 |
|---|---|---|---|

**Summit Energy Services**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Intercompany transfer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,620.50 |
|---|---|---|---|

**US Premium Finance**
**P O Box 630035**
**Cincinnati, OH 45263-0035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,385.50 |
|---|---|---|---|

**Van Cott, Bagley, Cornwall & McCarthy**
**36 South State Street Ste 1900**
**Salt Lake City, UT 84111-1478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.59 |
|---|---|---|---|

**Wells Fargo Bank**
**Business Direct Division**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480,785.49 |
|---|---|---|---|

**Western Slope Acquisition Corporation**
**P O Box 37416**
**Houston, TX 77237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Intercompany transfer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**Wiltain Investors, LLC**
**600 Germantown Pike Ste 400**
**Plymouth Meeting, PA 19462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 24, 2015**

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Community Trust Bank**<br>**Memorial City Financial Center**<br>**9805 Katy Freeway Ste 200**<br>**Houston, TX 77024** | Line  **3.15**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Armada Water Assets, Inc.** | Case number (if known) | **16-60056** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Cotton, Bledsoe, Tighe & Dawson**<br>**Attn: Matthew Coolbaugh**<br>**P O Box 2776**<br>**Midland, TX 79702** | Line **3.12**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **Lockton Companies, LLC - TX**<br>**5847 San Felipe Ste 320**<br>**Houston, TX 77057** | Line **3.61**<br><br>☐  Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  332,078.49 |
| 5b. Total claims from Part 2 | 5b.  + | $  13,924,420.56 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  14,256,499.05 |

---

**Fill in this information to identify the case:**

Debtor name   **Armada Water Assets, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **16-60056**

☐ Check if this is an
amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Stock Exchange Agreement, effective March 17, 2015 (terminated by 2T February 19, 2016)** | |
| State the term remaining | | **2T Partnership, Ltd P O Box 1149 Pecos, TX 79772** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Sublease Agreement effective as of October 1, 2014, regarding 5807 West 20th Street, greeley, CO 80634.** | |
| State the term remaining | **UNK** | **4N Riderco, LLC dba Top Shelf Printers 5807 West 20th Street Greeley, CO 80634** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Employment Agreement, effective January 1, 2014** | |
| State the term remaining | **6 months** | **Ahmad, Sami 1 Dunnam Lane Houston, TX 77024** |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Employment Agreement, effective January 1, 2014** | |
| State the term remaining | **6 months** | **Burroughs, Mitch 5807 20th Street Greeley, CO 80634** |
| List the contract number of any government contract | | |

| Debtor 1 | **Armada Water Assets, Inc.** | | Case number (*if known*) | **16-60056** |
| | First Name      Middle Name      Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Bi-Directional Master Research and Development Agreement** | |
| | State the term remaining | | **Colorado State University System** |
| | | | **Attn: Mark Wdowik** |
| | List the contract number of any government contract | _____ | **Asst VP Research & Industry P'ships** |
| | | | **203 Administration Building** |
| | | | **Fort Collins, CO 80523** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud Office Agreement** | |
| | State the term remaining | | **Commercial IT Solutions** |
| | | | **115 E Travis Street #1425** |
| | List the contract number of any government contract | _____ | **San Antonio, TX 78205** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Employment Agreement, effective January 1, 2014** | |
| | State the term remaining | **6 months** | **Propper, Maarten** |
| | | | **5327 Briawick Meadow Ln** |
| | List the contract number of any government contract | _____ | **Sugar Land, TX 77479** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Hosting Services Agreement** | |
| | State the term remaining | | **Rackspace US, Inc.** |
| | List the contract number of any government contract | _____ | **legalnotice@rackspace.com** |

**Fill in this information to identify the case:**

Debtor name  **Armada Water Assets, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **16-60056**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Wes-Tex Vacuum Service, Inc.** | | **DF Ranch Partners, LP** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy