# United States Bankruptcy Court
## Southern District of Texas

In re  **Armada Water Assets, Inc.**

Debtor(s)

Case No. __16-60056__

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Abba Properties Partnership**<br>**6053 West Third**<br>**Los Angeles, CA 90036** | **Common** | **16,667** | **Common** |
| **ACP X LP**<br>**800 Westchester Ave Ste 349N**<br>**Rye Brook, NY 10573** | **Common** | **166,667** | **Common** |
| **Ahmad, Sami**<br>**1 Dunnam Lane**<br>**Houston, TX 77024** | **Common** | **65,833** | **Common** |
| **Ali Bijan Rafie Trust**<br>**c/o Ali Rafie**<br>**1825 North Howie #B**<br>**Chicago, IL 60614** | **Preferred E** | **8,027** | **Preferred** |
| **Archon Securities**<br>**Defined Benefit Pension Plan**<br>**4646 E Van Buren Street #190**<br>**Phoenix, AZ 85008** | **Common** | **16,667** | **Common** |
| **Arnost, Thoams M.**<br>**5226 Shoshone Ave**<br>**Encino, CA 91316** | **Preferred E** | **50,000** | **Preferred** |
| **Austin Leasing Partners, LLC**<br>**1133 Canterbury Road**<br>**Shakopee, MN 55379** | **Preferred B** | **900,000** | **Preferred** |
| **Austin Leasing Partners, LLC**<br>**1133 Canterbury Road**<br>**Shakopee, MN 55379** | **Preferred B** | **1,215,714** | **Preferred** |
| **Austin Leasing Partners, LLC**<br>**1133 Canterbury Road**<br>**Shakopee, MN 55379** | **Common** | **618,250** | **Common** |
| **Austin Leasing Partners, LLC**<br>**1133 Canterbury Road**<br>**Shakopee, MN 55379** | **Common** | **37,009** | **Common** |
| **Austin Water Holdings, LLC**<br>**Attn: M. Austin Smith**<br>**1133 Canterbury Road**<br>**Shakopee, MN 55379** | **Preferred B** | **2,205,893** | **Preferred** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

In re:  **Armada Water Assets, Inc.** _____          Case No.  **16-60056** _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Balestri, Fabrizio**<br>**985 Windsor Creek Court**<br>**Cardiff by the Sea, CA 92007-1136** | **Common** | **15,001** | **Common** |
| **Bartlett, David**<br>**6 Falls View**<br>**Fair Oaks Ranch, TX 78015** | **Common** | **6,667** | **Common** |
| **Batansky, Jason**<br>**100 W Montgomery Ave Unit 5**<br>**Ardmore, PA 19003** | **Common** | **3,334** | **Common** |
| **Bellino, Michael**<br>**310 Society Hill Blvd**<br>**Cherry Hill, NJ 08003** | **Common** | **3,334** | **Common** |
| **Belphil Investment Partners, LLC**<br>**Attn: Mitch Burroughs**<br>**5807 20th Street**<br>**Greeley, CO 80634** | **Preferred A** | **1,940,925** | **Preferred** |
| **Belphil Investment Partners, LLC**<br>**Attn: Mitch Burroughs**<br>**5807 20th Street**<br>**Greeley, CO 80634** | **Common** | **79,555** | **Common** |
| **Berg, Clyde**<br>**10050 Bandley Drive**<br>**Cupertino, CA 95014** | **Preferred E** | **125,000** | **Preferred** |
| **Berg, Clyde**<br>**10050 Bandley Drive**<br>**Cupertino, CA 95014** | **Common** | **100,000** | **Common** |
| **Berman, Stanley**<br>**7932 Seville Place #2104**<br>**Boca Raton, FL 33433** | **Common** | **4,167** | **Common** |
| **Blackstone Management Services, LLC**<br>**10805 Bernini Drive**<br>**Las Vegas, NV 89141** | **Common** | **29,167** | **Common** |
| **Blonder, David**<br>**429 N Mansfield Ave**<br>**Los Angeles, CA 90036** | **Preferred E** | **66,892** | **Preferred** |

List of equity security holders consists of 21 total page(s)

In re:   **Armada Water Assets, Inc.**                                     Case No.  **16-60056**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brown, Jr., Thomas R.**<br>**11049 West 26th Street**<br>**Odessa, TX 79763** | **Preferred B** | **1,000,000** | **Preferred** |
| **Bruce Ferguson & Dawn E Gunter**<br>**As Tenants In Common**<br>**7180 N Cathedral Rock Place**<br>**Tucson, AZ 85718** | **Common** | **6,667** | **Common** |
| **Burroughs Family Holdings, LLC**<br>**5807 20th Street**<br>**Greeley, CO 80634** | **Preferred B** | **425,000** | **Preferred** |
| **Burroughs Investment Partners, LLC**<br>**5807 West 20th Street**<br>**Greeley, CO 80634** | **Common** | **84,001** | **Common** |
| **Burroughs, Blaker**<br>**6102 Kesswick Court**<br>**Fort Collins, CO 80525** | **Common** | **7,782** | **Common** |
| **Calvert, Clair**<br>**260 Marygrove Crescent**<br>**Winnipeg MB R3Y 1M4**<br>**CANADA** | **Common** | **116,667** | **Common** |
| **Campbell Kemp Skokos**<br>**32 River Rodge Rd**<br>**Little Rock, AR 72227** | **Common** | **16,667** | **Common** |
| **Cardone, Daniel John**<br>**13 Thorton Court**<br>**Souderton, PA 18964** | **Common** | **33,334** | **Common** |
| **Carl & Maryann Berg Charitable**<br>**Remainder Trust**<br>**Carle E. Berg, Trustee**<br>**10050 Bandley Drive**<br>**Cupertino, CA 95014** | **Preferred E** | **375,000** | **Preferred** |
| **Chin, Deborah**<br>**10800 East Cactus Rd Lot 60**<br>**Scottsdale, AZ 85259** | **Common** | **8,334** | **Common** |
| **City National Bank Trustee**<br>**Elanken Family Trust - S**<br>**Dated April 24, 2002**<br>**400 North Roxbury Dr 6th FL**<br>**Beverly Hills, CA 90212** | **Common** | **33,334** | **Common** |

List of equity security holders consists of 21 total page(s)

In re:   **Armada Water Assets, Inc.**                                        Case No.  **16-60056**
                                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Clyde J. Berg 2011 Charitable Remainder Trust 10050 Bandley Drive Cupertino, CA 95014** | **Preferred E** | **250,000** | **Preferred** |
| **Clyde J. Berg 2011 Charitable Remainder Trust c/o Clyde E Berg, Trustee 10050 Bandley Drive Cupertino, CA 95014** | **Preferred E** | **106,689** | **Preferred** |
| **Combs III, J. John 7801 Brighton Road Commerce City, CO 80022** | **Preferred B** | **425,000** | **Preferred** |
| Combs III, J. John 7801 Brighton Road Commerce City, CO 80022 | **Common** | **83,334** | **Common** |
| Cope, John 2 Woodbury Ave Sellersville, PA 18960 | **Common** | **16,001** | **Common** |
| **Corporate Capital Investors LLC 227 Great River Road Great River, NY 11739** | **Common** | **400,001** | **Common** |
| Cullman, Lewis B. 555 Park Ave Apt 12W New York, NY 10065 | **Preferred E** | **66,892** | **Preferred** |
| Curry, Gian 3782 Mykonos Lane #59 San Diego, CA 92130 | **Common** | **3,334** | **Common** |
| **D&R Partners LLC 4221 Wilshire Blvd Ste 355 Los Angeles, CA 90010** | **Preferred E** | **26,132** | **Preferred** |
| **D-J's Well Services, Inc. P O Box 1130 Borger, TX 79008** | **Preferred E** | **15,625** | **Preferred** |
| **D-J's Well Services, Inc. P O Box 1130 Borger, TX 79008** | **Common** | **75,000** | **Common** |

In re:   **Armada Water Assets, Inc.** _____     Case No.  **16-60056** _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **D-JA Well Service, Inc.**<br>**1615 Main street**<br>**P O Box 1130**<br>**Borger, TX 79008** | **Common** | **25,000** | **Common** |
| **Dadey, Virginia**<br>**51 West 86th Street Apt 1201**<br>**New York, NY 10024** | **Common** | **16,667** | **Common** |
| **Daniel W & Allaire D Hummell, JTWROS**<br>**17253 La Brisa Lane**<br>**Summerland Key, FL 33042** | **Common** | **6,667** | **Common** |
| **Davy, Darren**<br>**1212 Fifth Ave Apt 4A**<br>**New York, NY 10029** | **Preferred E** | **62,500** | **Preferred** |
| **Davy, Darren**<br>**1212 Fifth Ave Apt 4A**<br>**New York, NY 10029** | **Common** | **66,000** | **Common** |
| **Dell, John Edward**<br>**65 Fullerwood Dr**<br>**Saint Augustine, FL 32084** | **Common** | **120,000** | **Common** |
| **Dell, Laura P**<br>**65 Fullerwood Dr**<br>**Saint Augustine, FL 32084** | **Common** | **46,667** | **Common** |
| **Donald S. Jackson Non Exempt Trust**<br>**Donald S. Jackson Trustee**<br>**117 Well Springs**<br>**Boerne, TX 78006** | **Common** | **3,334** | **Common** |
| **Donaldson Family, LLC**<br>**3400 East County Road 30**<br>**Fort Collins, CO 80528** | **Common** | **7,576** | **Common** |
| **Donoflio, Lena J**<br>**1811 Schley Street**<br>**Philadelphia, PA 19145** | **Common** | **8,334** | **Common** |
| **Drawbridge Holdings, LLC**<br>**888 Biscayne Blvd #3504**<br>**Miami, FL 33132** | **Common** | **33,334** | **Common** |

List of equity security holders consists of 21 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

In re:   **Armada Water Assets, Inc.**          Case No.  **16-60056**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dresner, Bryan S**<br>**10 Pheasant Ridge Rd**<br>**Newtown, CT 06470** | **Common** | **3,334** | **Common** |
| **Dunn, Edward M**<br>**5 Parsons Island View**<br>**Grasonville, MD 21638** | **Common** | **88,334** | **Common** |
| **Ehrlich Family Trust**<br>**12544 HIgh Bluff Place #400**<br>**San Diego, CA 92131** | **Common** | **8,334** | **Common** |
| **Elsheikh, Haitham**<br>**10428 Laurel Road**<br>**Fort Lauderdale, FL 33328** | **Common** | **25,000** | **Common** |
| **Embark Investment Trust**<br>**2160-650 West Goergia Street**<br>**Vancouver BC V6B 4N7**<br>**CANADA** | **Common** | **16,667** | **Common** |
| **Excelsus Capital Partners, LLC**<br>**53 W Palisades Ave PH2**<br>**Englewood, NJ 07631** | **Common** | **25,000** | **Common** |
| **Excelsus Consulting, LLC**<br>**65 Woodruff Lane**<br>**Bridgehampton, NY 11932** | **Common** | **50,000** | **Common** |
| **Faieta, Richard**<br>**1069 Hillsboro Mile**<br>**Hillsboro Beach, FL 33062** | **Common** | **3,334** | **Common** |
| **Feinberg, Martin**<br>**515 East 79th Street #2013**<br>**New York, NY 10021** | **Preferred E** | **13,378** | **Preferred** |
| **Fenmore Conultants Ltd**<br>**P O Box 599, Caribbean Place**<br>**Leeward Highway, Providenciales**<br>**British West Indies**<br>**TURKS & CAICOS ISLANDS** | **Common** | **208,334** | **Common** |
| **Four Jr. Investments Ltd**<br>**844 Harbour Isles Place**<br>**Palm Beach Gardens, FL 33410** | **Preferred E** | **26,757** | **Preferred** |

List of equity security holders consists of 21 total page(s)

In re:   **Armada Water Assets, Inc.** _____   Case No.   **16-60056** _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Four Jr. Investments Ltd**<br>**844 Harbour Isles Place**<br>**Palm Beach Gardens, FL 33410** | **Common** | **33,334** | **Common** |
| **Francescani, David**<br>**P O Box 996**<br>**Remsenburg, NY 11960** | **Common** | **30,000** | **Common** |
| **Fred A Wagner Jr & Allison K Wagner**<br>**As Community Property**<br>**7723 North 183rd Ave**<br>**Waddell, AZ 85355** | **Common** | **8,334** | **Common** |
| **Freedom Three Oil & Gas Ltd**<br>**1615 North Main Street**<br>**Borger, TX 79007** | **Preferred E** | **15,625** | **Preferred** |
| **Freedom Three Oil & Gas Ltd**<br>**1615 North Main Street**<br>**Borger, TX 79007** | **Common** | **100,000** | **Common** |
| **Furman, Christopher M**<br>**725 S Milwaukee Street**<br>**Denver, CO 80209** | **Common** | **16,667** | **Common** |
| **Garnick, Michael J**<br>**75 Willow Road**<br>**Woodsburgh, NY 11598** | **Common** | **600,001** | **Common** |
| **Georganas, George**<br>**1109 South Broadway**<br>**Park Ridge, IL 60068** | **Common** | **33,334** | **Common** |
| **Ginsberg, Bruce**<br>**309 Myrtle Lane**<br>**Penn Valley, PA 19072** | **Common** | **3,334** | **Common** |
| **Gladstone, Aubrey**<br>**740 NE Harbor Drive**<br>**Boca Raton, FL 33431** | **Common** | **3,334** | **Common** |
| **Greenberg Capital LLC**<br>**c/o David Greenberg, Member**<br>**11 Farmview Road**<br>**Port Washington, NY 11050** | **Preferred E** | **12,500** | **Preferred** |

List of equity security holders consists of 21 total page(s)

In re:   **Armada Water Assets, Inc.**                                    Case No.  **16-60056**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Griffin Value Investors, LLC**<br>**40 Cliffdale Drive**<br>**Little Rock, AR 72223** | **Common** | **120,000** | **Common** |
| **Gullquist Limited Partnership**<br>**700 20th Street**<br>**Vero Beach, FL 32960** | **Common** | **66,667** | **Common** |
| **Hannahs Value Investors, LLC**<br>**17710 Leatha Lane**<br>**Little Rock, AR 72223** | **Common** | **333,334** | **Common** |
| **Hannahs, Gerald**<br>**17710 Leatha Lane**<br>**Little Rock, AR 72223** | **Common** | **53,334** | **Common** |
| **Harley Dome Investors, LLC**<br>**600 W Germantown Pike #400**<br>**Plymouth Meeting, PA 19462** | **Preferred C** | **2,851,258** | **Preferred** |
| **Harley Dome Investors, LLC**<br>**600 W Germantown Pike #400**<br>**Plymouth Meeting, PA 19462** | **Common** | **21,359** | **Common** |
| **Harrington, Stephen P**<br>**600 W Germantown Pike Ste 400**<br>**Plymouth Meeting, PA 19462** | **Common** | **104,501** | **Common** |
| **Huerta, Arnold**<br>**1104 Terlingua**<br>**Odessa, TX 79761** | **Preferred A** | **805,116** | **Preferred** |
| **Huerta, Arnold**<br>**1104 Terlingua**<br>**Odessa, TX 79761** | **Preferred B** | **2,205,893** | **Preferred** |
| **Huerta, Arnold**<br>**1104 Terlingua**<br>**Odessa, TX 79761** | **Common** | **47,050** | **Common** |
| **Indian Spring Partners**<br>**3 Parklands Drive Ste 205**<br>**Darien, CT 06820** | **Common** | **16,667** | **Common** |
| **James Lawler & Ali Rafie Safaie, JT TEN**<br>**10423 Seeley Ave**<br>**Chicago, IL 60643** | **Common** | **16,667** | **Common** |

In re:   **Armada Water Assets, Inc.**                                   Case No.  **16-60056**

                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **JKW Family Ltd**<br>**3555 Meadowbrook Way**<br>**Davie, FL 33328** | **Common** | **40,000** | **Common** |
| **JP-VEL Investments LLC**<br>**1133 Canterbury Road**<br>**Shakopee, MN 55379** | **Common** | **286,667** | **Common** |
| **K Kirk Revocable Trust**<br>**7001 North 40th Street**<br>**Paradise Valley, AZ 85253** | **Preferred E** | **68,455** | **Preferred** |
| **Kallop, Brooks**<br>**5473 Sugar Hill Drive**<br>**Houston, TX 77056** | **Common** | **125,000** | **Common** |
| **Karfunkel, George**<br>**1671 52nd Street**<br>**Brooklyn, NY 11204** | **Common** | **216,667** | **Common** |
| **Kaufman, Andrew**<br>**277 Park Ave 47th FL**<br>**New York, NY 10172** | **Common** | **20,000** | **Common** |
| **Kaufman, Doug**<br>**180 Sullivan Street**<br>**New York, NY 10012** | **Common** | **8,334** | **Common** |
| **Koe, Jan E**<br>**1204 E Central Road Ste 100**<br>**Arlington Heights, IL 60005** | **Preferred E** | **16,054** | **Preferred** |
| **Kolchins, Alvin Z**<br>**108 Lemonton Way**<br>**Radnor, PA 19087** | **Common** | **3,000** | **Common** |
| **Kovacs, Joel**<br>**17413 Robinson Ave**<br>**Port Charlotte, FL 33948** | **Preferred E** | **2,676** | **Preferred** |
| **L.N.R. Family Trust**<br>**6265 Cypress Point Rd**<br>**San Diego, CA 92120** | **Common** | **16,667** | **Common** |
| **Lilljack LLC**<br>**c/o Jeremy Earl, President**<br>**7000 Almey Court**<br>**Midland, TX 79707** | **Preferred E** | **10,703** | **Preferred** |

List of equity security holders consists of 21 total page(s)

In re:   **Armada Water Assets, Inc.**                                    Case No.  **16-60056**
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Littman, Mario**<br>**531 Broad Acres Road**<br>**Narberth, PA 19072** | **Common** | **2,500** | **Common** |
| **Lockcor Incorporated**<br>**77 Gordon Road**<br>**Toronto ON M2P 1E3**<br>**CANADA** | **Common** | **76,667** | **Common** |
| **LPD Investments Ltd**<br>**Peter Dalrymple, General Partner**<br>**13451 Belhaven Drive**<br>**Houston, TX 77069** | **Preferred E** | **125,000** | **Preferred** |
| **Lynch, Robert J**<br>**14190 Harbor Lane**<br>**Palm Beach Gardens, FL 33410** | **Common** | **4,000** | **Common** |
| **Mabile, Mark**<br>**4 Shorelake Drive**<br>**Kingwood, TX 77339** | **Preferred E** | **13,378** | **Preferred** |
| **Macagna, James**<br>**22 Brook Way**<br>**Demarest, NJ 07627** | **Common** | **41,667** | **Common** |
| **Mader, Brian**<br>**151 Liles Road**<br>**Beebe, AR 72012** | **Preferred A** | **200,000** | **Preferred** |
| **Marie Elena Abbruzzese 2102 Family Trust**<br>**335 Bay Drive**<br>**Massapequa, NY 11758** | **Preferred E** | **25,000** | **Preferred** |
| **Marvin Boehm Family Trust**<br>**9237 Tripp Ave**<br>**Skokie, IL 60076** | **Common** | **11,667** | **Common** |
| **Matthew D and Regina M Maclean**<br>**As Community Property**<br>**5608 West Buckhorn Trail**<br>**Phoenix, AZ 85083** | **Common** | **8,334** | **Common** |
| **McCarthy, John**<br>**372 Morris Road**<br>**Wayne, PA 19087** | **Common** | **2,500** | **Common** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:   **Armada Water Assets, Inc.**                                    Case No.  **16-60056**

                                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **McCartney, Brroks & Carmen**<br>**As Joint Tenants**<br>**Sammamish, WA 98075** | **Common** | **16,667** | **Common** |
| **McDaniel III, George O**<br>**4 Pine Hill Lane**<br>**Houston, TX 77019** | **Common** | **33,334** | **Common** |
| **McNally, James**<br>**764 Edge of Woods Road**<br>**Water Mill, NY 11976** | **Common** | **71,000** | **Common** |
| **Meastein LLC**<br>**20 S Andrews Ave Ste 903**<br>**Fort Lauderdale, FL 33301** | **Common** | **10,000** | **Common** |
| **Mei Investments, LLC**<br>**1 Messenger Drive**<br>**Colts Neck, NJ 07722** | **Common** | **16,667** | **Common** |
| **Michalarias, James**<br>**11259 Melrose Court**<br>**Oakland Park, IL 60467** | **Common** | **16,667** | **Common** |
| **Miller III, William F**<br>**2216 Sunset**<br>**Houston, TX 77005** | **Common** | **192,454** | **Common** |
| **Miller IV, William F**<br>**4330 Travis Street Apt 107**<br>**Dallas, TX 75205** | **Common** | **8,334** | **Common** |
| **Miller, Samuel John**<br>**2808 McKinney Ave Ste 817**<br>**Dallas, TX 75204** | **Common** | **8,334** | **Common** |
| **Montgomery, Robert L**<br>**68 Main Street**<br>**Stonington, CT 06378** | **Preferred E** | **6,689** | **Preferred** |
| **Montgomery, Robert L**<br>**68 Main Street**<br>**Stonington, CT 06378** | **Common** | **8,334** | **Common** |
| **Moonlight Enterprises Ltd**<br>**41 Avenue Hector Otto**<br>**Monaco 98000**<br>**MONACO** | **Common** | **178,153** | **Common** |

List of equity security holders consists of 21 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re:   **Armada Water Assets, Inc.**                                              Case No.   **16-60056**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Moonlight Enterprises Ltd**<br>**c/o North Atlantic Sam**<br>**Le Patio Place 41 Ave Hector Otto**<br>**Monaco**<br>**MONACO** | **Common** | **275,000** | **Common** |
| **Movtady, Jacob**<br>**3 Pheasant Run**<br>**Kings Point, NY 11024** | **Common** | **3,334** | **Common** |
| **MSG Invesco, LLC**<br>**1440 Broadway Ste 2350**<br>**New York, NY 10018** | **Common** | **33,000** | **Common** |
| **Musa, John A**<br>**4925 Chippendale Dr**<br>**Fort Collins, CO 80526** | **Common** | **20,000** | **Common** |
| **Naegle, Robert**<br>**9360 Taddy Lane Ste 202**<br>**Lone Tree, CO 80202** | **Common** | **14,285** | **Common** |
| **Nahmias, David**<br>**14 Lynnfield Street**<br>**Memphis, TN 38120** | **Common** | **8,334** | **Common** |
| **New Century Holdings, LLLP**<br>**6320 N Yucca Road**<br>**Paradise Valley, AZ 85253** | **Common** | **16,667** | **Common** |
| **New Water Financial, LLC**<br>**Attn: Mitch Burroughs**<br>**5807 20th Street**<br>**Greeley, CO 80634** | **Preferred C** | **3,351,258** | **Preferred** |
| **New Water Financial, LLC**<br>**Attn: Mitch Burroughs**<br>**5807 20th Street**<br>**Greeley, CO 80634** | **Common** | **21,431** | **Common** |
| **Northlea Partners**<br>**2365 NW 41st Street**<br>**Boca Raton, FL 33496** | **Common** | **8,334** | **Common** |
| **NSH 2008 Family Trust**<br>**389 Eagle Drive**<br>**Jupiter, FL 33477** | **Preferred E** | **6,689** | **Preferred** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

In re:   **Armada Water Assets, Inc.**                          Case No.   **16-60056**

                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **O'Neal, Sean**<br>**9107 Redonda Dr**<br>**Boca Raton, FL 33496** | **Common** | **57,500** | **Common** |
| **Packman, Charles**<br>**97 Stenton Ave**<br>**Blue Bell, PA 19422** | **Common** | **8,334** | **Common** |
| **Pavlovcic, Uros**<br>**500 Greenhaven Dr #318**<br>**Burnsville, MN 55306** | **Preferred E** | **6,689** | **Preferred** |
| **Peter P Parthenis Trust**<br>**1746 Clover Drive**<br>**Palatine, IL 60067** | **Common** | **33,334** | **Common** |
| **Petracca, Lester**<br>**25 Bonne Heights Rd**<br>**Manhasset, NY 11030** | **Common** | **83,334** | **Common** |
| **Pierce, Michael J**<br>**650 Ocean Road**<br>**Vero Beach, FL 32963** | **Common** | **33,334** | **Common** |
| **PJL Holdings Limited Partnership**<br>**25394 Highway M**<br>**Brookfield, MO 64628** | **Common** | **8,334** | **Common** |
| **Precedo Fund, LP**<br>**6720 N Scottsdale Rd Ste 350**<br>**Scottsdale, AZ 85253** | **Common** | **33,334** | **Common** |
| **Propper, Maarten**<br>**5327 Briawick Meadow Ln**<br>**Sugar Land, TX 77479** | **Common** | **70,001** | **Common** |
| **Rathmell, Jr., John A.**<br>**410 Shadywood**<br>**Houston, TX 77057** | **Preferred E** | **37,5000** | **Preferred** |
| **Raymond James & Assoc Inc Custodian**<br>**Michael D Ellerson IRA R/O**<br>**P O Box 12749**<br>**Saint Petersburg, FL 33733** | **Common** | **6,667** | **Common** |

In re:   **Armada Water Assets, Inc.**                                           Case No.  **16-60056**
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Raymond James & Assoc Inc Custodian FBO Eric D Ferguson (BENE) IRA UAD 12/23/15 A/C 67527860 880 Carillon Parkway Saint Petersburg, FL 33716** | **Common** | **3,333** | **Common** |
| **Raymond James & Assoc Inc Custodian Michael F Hannley IRA P O Box 12749 Saint Petersburg, FL 33733** | **Common** | **6,667** | **Common** |
| **Raymond James & Assoc Inc Custodian Timothy J Prouty IRA P O Box 12749 Saint Petersburg, FL 33733** | **Common** | **6,667** | **Common** |
| **Raymond James & Assoc Inc Custodian FBO Stacie Riggs (BENE) IRA UAD 12/23/15 A/C 67528355 880 Carillon Parkway Saint Petersburg, FL 33716** | **Common** | **3,334** | **Common** |
| **RBC Capital Markets Custodian FBO Laurence G Allen, IRA 43 Maple Avenue Greenwich, CT 06830** | **Common** | **33,334** | **Common** |
| **RBC Capital Markets Custodian FBO Barbara Dickler Segregated Rollover IRA 1334 Woodland Lane Riverwoods, IL 60015** | **Common** | **21,667** | **Common** |
| **RBC Capital Markets Custodian FBO Marshall N Dickler Roth IRA 1334 Woodland Lane Deerfield, IL 60015** | **Common** | **11,667** | **Common** |
| **RBC Capital Markets LLC, Custodian FBO John Josserand Roth IRA 203 North Texas Hereford, TX 79045** | **Preferred E** | **26,672** | **Preferred** |
| **RBC Capital Markets LLC, Custodian FBO Betty A Rutherford IRA 4533 Bryn Mawr Lane Houston, TX 77027** | **Preferred E** | **13,465** | **Preferred** |

In re:  **Armada Water Assets, Inc.**                                    Case No.  **16-60056**
_____
                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RBC Capital Markets LLC, Custodian FBO Bruce F Rutherford IRA 4533 Bryn Mawr Lane Houston, TX 77027** | **Preferred E** | **13,465** | **Preferred** |
| **Rego, Mary Kathryn 131 Pennsylvania Ave Bryn Mawr, PA 19010** | **Common** | **4,167** | **Common** |
| **Rexford Capital LLC 1680 Michigan Ave #817 Miami Beach, FL 33139** | **Common** | **83,334** | **Common** |
| **Roff, David 27 Chicora Ave Toronto ON M5R 1T7 CANADA** | **Common** | **10,000** | **Common** |
| **Rosner, Steven B 1220 Mirabeau Lane Gladwyne, PA 19035-1048** | **Common** | **16,667** | **Common** |
| **Ross, Thomas R 1239 West Altgeld Strett Chicago, IL 60614** | **Common** | **50,000** | **Common** |
| **Rothstein, Allan c/o Aptiviti 129 West 29th Street #90 New York, NY 10001** | **Common** | **8,334** | **Common** |
| **Sabo, Peter S 504 North Point Road Saint Augustine, FL 32084** | **Common** | **16,667** | **Common** |
| **Salib Holdings, LLC 610 Sentry Parkway Ste 130 Blue Bell, PA 19422** | **Common** | **20,834** | **Common** |
| **Salib, Sherif Sidhom 196 Barry Ave Lansdale, PA 19446** | **Common** | **50,001** | **Common** |
| **Salib, Sherif Sidhom 196 Barry Ave Lansdale, PA 19446** | **Common** | **66,667** | **Common** |

List of equity security holders consists of 21 total page(s)

In re:   **Armada Water Assets, Inc.**                                      Case No.   **16-60056**
                                      Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Schaeffer, Richard**<br>**1000 South Ocean Blvd Ste 603**<br>**Boca Raton, FL 33432** | **Common** | **112,500** | **Common** |
| **Scheschuk, Brice**<br>**15 Long Crescent**<br>**Toronto ON M4Z 1N7**<br>**CANADA** | **Common** | **10,000** | **Common** |
| **Schreiber, Robyn**<br>**64 Shelter Lane**<br>**Roslyn Heights, NY 11577** | **Common** | **16,667** | **Common** |
| **Schump, Joseph A**<br>**827 Southridge Greens Blvd**<br>**Fort Collins, CO 80525** | **Common** | **33,334** | **Common** |
| **Shupack, Bret**<br>**5220 Juneau Street**<br>**Seattle, WA 98118** | **Common** | **16,667** | **Common** |
| **SJO Worldwide LLC**<br>**710 NE 3rd Ave**<br>**Delray Beach, FL 33444** | **Common** | **50,000** | **Common** |
| **SLA Declaration of Trust**<br>**435 Righters Mill Road**<br>**Gladwyne, PA 19035** | **Common** | **33,334** | **Common** |
| **Slaughter, Richard**<br>**P O Box 2552**<br>**Alpine, CA 91903** | **Common** | **30,000** | **Common** |
| **SLD Capital Corp**<br>**1220 Mirabeau Lane**<br>**Gladwyne, PA 19035** | **Common** | **143,334** | **Common** |
| **Smith, Kyle D**<br>**785 Match Cr**<br>**Harleysville, PA 19438** | **Common** | **6,667** | **Common** |
| **SNW JB Properties**<br>**1615 North Main**<br>**P O Box 1130**<br>**Borger, TX 79008** | **Preferred E** | **31,250** | **Preferred** |

In re:   **Armada Water Assets, Inc.**                                   Case No.  **16-60056**

                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SNW JB Properties**<br>**1615 North Main**<br>**P O Box 1130**<br>**Borger, TX 79008** | **Common** | **200,000** | **Common** |
| **SPH Investments Profit Sharing Plan**<br>**FBO Stephen P Harrington**<br>**600 W Germantown Pike Ste 400**<br>**Plymouth Meeting, PA 19462** | **Preferred E** | **62,500** | **Preferred** |
| **SPH Investments Profit Sharing Plan**<br>**FBO Stephen P Harrington**<br>**600 W Germantown Pike Ste 400**<br>**Plymouth Meeting, PA 19462** | **Common** | **66,667** | **Common** |
| **SPH Investments Profit Sharing Plan**<br>**FBO Stephen P Harrington**<br>**600 W Germantown Pike Ste 400**<br>**Plymouth Meeting, PA 19462** | **Common** | **42,001** | **Common** |
| **SPH Investments Profit Sharing Plan**<br>**FBO Stephen P Harrington**<br>**600 W Germantown Pike Ste 400**<br>**Plymouth Meeting, PA 19462** | **Common** | **104,167** | **Common** |
| **SPH Investments, Inc.**<br>**610 Sentry Parkway Ste 130**<br>**Blue Bell, PA 19422** | **Preferred E** | **62,500** | **Preferred** |
| **SPH Investments, Inc.**<br>**610 Sentry Parkway Ste 130**<br>**Blue Bell, PA 19422** | **Common** | **40,000** | **Common** |
| **Sroufe, Derek**<br>**10915 E Sutherland Way**<br>**Scottsdale, AZ 85262** | **Common** | **28,334** | **Common** |
| **Stanley, Mark E**<br>**35 Pleasant Point Place**<br>**Spring, TX 77389** | **Common** | **40,000** | **Common** |
| **Stephens, Thomas C**<br>**P O Box 682350**<br>**Park City, UT 84069** | **Common** | **16,667** | **Common** |
| **Stern, Ian**<br>**Bar Kochba 83**<br>**Jerusalem**<br>**ISRAEL** | **Common** | **3,334** | **Common** |

List of equity security holders consists of 21 total page(s)

In re:    **Armada Water Assets, Inc.**                                           Case No.  **16-60056**
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Stettner, Adam**<br>**5818 Aster Meadows PL**<br>**San Diego, CA 92130-6909** | **Common** | **8,334** | **Common** |
| **Stier, Alan**<br>**#18 - 5101 19th Street**<br>**Vernon BC V1T 9V8**<br>**CANADA** | **Common** | **16,667** | **Common** |
| **Sunrise Pacific Ltd**<br>**P O Box 599, Le Vele, Plaza**<br>**Grace Bay**<br>**Providenciales**<br>**TURKS & CAICOS ISLANDS** | **Common** | **66,667** | **Common** |
| **Susan and Robert DeRose Family**<br>**Trust Dated 11/18/86**<br>**P O Box 8167**<br>**Rancho Santa Fe, CA 92067** | **Common** | **43,334** | **Common** |
| **Susan and Robert DeRose Family**<br>**Trust Dated 11/18/86**<br>**P O Box 8167**<br>**Rancho Santa Fe, CA 92067** | **Common** | **23,334** | **Common** |
| **Susan and Robert DeRose Family**<br>**Trust DTD 11/18/86**<br>**16584 Via Lago Azul**<br>**Rancho Santa Fe, CA 92067** | **Common** | **50,000** | **Common** |
| **T&T Equities Inc.**<br>**201 Los Gatos-Saratoga Rd #142**<br>**Los Gatos, CA 95030** | **Preferred E** | **31,250** | **Preferred** |
| **The Martin Greenberg Revocable**<br>**Living Trust Dated 5/2/11**<br>**c/o Martin Greenberg, Trustee**<br>**One North End Ave Ste 1129**<br>**New York, NY 10282** | **Preferred E** | **12,500** | **Preferred** |
| **The Robert G Mulchrone Trust**<br>**1331 South Federal**<br>**Chicago, IL 60605** | **Common** | **16,667** | **Common** |
| **The Scott Saldana Revocable**<br>**Trust U/A/D 9/28/06**<br>**Scott J Saldana Trustee**<br>**11 E Walton Street #5500**<br>**Chicago, IL 60611** | **Preferred E** | **125,000** | **Preferred** |

List of equity security holders consists of 21 total page(s)

In re:   **Armada Water Assets, Inc.**            Case No.  **16-60056**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **The Zemer Family Living Trust**<br>**4330 La Jolla Village Dr #100**<br>**San Diego, CA 92122** | **Common** | **16,667** | **Common** |
| **Thoroski, Janice**<br>**337-230 Fairhaven Rd**<br>**Winnepeg MB R3P 1A4**<br>**CANADA** | **Common** | **116,667** | **Common** |
| **Travelle, Kathryn**<br>**7612 E Jenan Drive**<br>**Scottsdale, AZ 85260** | **Common** | **16,667** | **Common** |
| **Trepeta, Sean**<br>**600 Old Country Rd Ste 541**<br>**Garden City, NY 11530** | **Common** | **10,000** | **Common** |
| **UB Water, LLC**<br>**Attn: Rex Beall**<br>**14605 WCR 21**<br>**Platteville, CO 80651** | **Preferred D** | **1,500,000** | **Preferred** |
| **Van Emburgh Management LLC**<br>**6000 Collins Ave Ste 105**<br>**Miami Beach, FL 33140** | **Common** | **10,000** | **Common** |
| **Vantage**<br>**F/B/O Laurence E. Lof Roth IRA**<br>**4757 E Camp Lowell Drive**<br>**Tucson, AZ 85712** | **Common** | **16,667** | **Common** |
| **Vekoe Partners LLC**<br>**1204 E Central Rd Ste 100**<br>**Arlington Heights, IL 60005** | **Preferred E** | **10,703** | **Preferred** |
| **Velodrome Holdings Ltd**<br>**c/o Meritus Trust Company Ltd**<br>**Mintflower Place 4th Floor**<br>**Hamilton HM08**<br>**BERMUDA** | **Preferred E** | **750,000** | **Preferred** |
| **Waite, David**<br>**705 La Mirada Ave**<br>**Encinitas, CA 92024** | **Common** | **3,334** | **Common** |
| **Ward Capital L.P.**<br>**5949 Sherry Lane #1735**<br>**Dallas, TX 75225** | **Common** | **16,667** | **Common** |

List of equity security holders consists of 21 total page(s)

In re:   **Armada Water Assets, Inc.**                                    Case No.  **16-60056**

                                         Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ward Capital L.P.**<br>**5949 Sherry Lane #1735**<br>**Dallas, TX 75225** | **Common** | **16,667** | **Common** |
| **Washington, Don Lee**<br>**3307 Rembrandt Ave**<br>**Odessa, TX 79765** | **Preferred A** | **805,116** | **Preferred** |
| **Washington, Don Lee**<br>**3307 Rembrandt Ave**<br>**Odessa, TX 79765** | **Preferred B** | **1,750,000** | **Preferred** |
| **Washington, Don Lee**<br>**3307 Rembrandt Ave**<br>**Odessa, TX 79765** | **Common** | **9,953** | **Common** |
| **William Belzberg Revocable Living Trust**<br>**9665 Wilshire Blvd Ste M-10**<br>**Beverly Hills, CA 90212** | **Common** | **300,002** | **Common** |
| **Wiltain Investors LLC**<br>**648 Post Road**<br>**Wakefield, RI 02879** | **Preferred E** | **62,500** | **Preferred** |
| **Wiltain Investors LLC**<br>**648 Post Road**<br>**Wakefield, RI 02879** | **Common** | **163,629** | **Common** |
| **Wolfberg Family Trust**<br>**800 Grove Street**<br>**Glencoe, IL 60022** | **Preferred E** | **26,757** | **Preferred** |
| **Zona Investments, LLC**<br>**30166 Sonrisa Lane**<br>**Laguna Niguel, CA 92677** | **Common** | **208,334** | **Common** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:   **Armada Water Assets, Inc.** _____      Case No.   **16-60056** _____

                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

        I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 23, 2016** _____      Signature   **/s/ Tom Breen** _____

                                                                    **Tom Breen**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.